## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00256

Benjamin Niston;
    **Plaintiff.**

v.

Officer Madison Zerfas, in her individual capacity; and
Sergeant Michael Kimbley, in his individual capacity.
    **Defendants.**

---

## NOTICE OF REMOVAL

---

Defendants, Officer Madison Zerfas and Sergeant Michael Kimbley, by and through their undersigned counsel, Hall & Evans, LLC, hereby submit the following Notice of Removal for the above-captioned matter from Boulder County District Court, State of Colorado to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and Fed. R. Civ. P. 81(c), stating as follows:

## I.    INTRODUCTION

1.    Plaintiff Benjamin Niston ("Plaintiff") initiated this lawsuit on January 6, 2025, against Defendants, in the Boulder County District Court, State of Colorado, captioned *Benjamin Niston v. Officer Madison Zerfas, in her individual capacity and Sergeant Michael Kimbley, in his individual capacity,* Civil Action No. 2025CV30019. ("State Action").  *See* **Exhibit A**, Plaintiff's Complaint and Jury Demand.

2.      Plaintiff alleges Madison Zerfas wrongfully arrested him on January 6, 2023, for a DUI.  **Exhibit A**, ¶¶ 9-65, and further claims that Sergeant Kimbley was involved because he administered the intoxilyzer breath test. *Id.* at ¶¶ 47-61.

3.      The Complaint contains the following claims:  Against Defendant Zerfas: violation of C.R.S. § 13-21-131 – Arrest without Probable Cause. *Ex. A* at ¶¶ 72-85; violation of 42 U.S.C. § 1983 - Unlawful Arrest without Probable Cause and violation of Fourth Amendment. *Id.* at ¶¶ 86-91; C.R.S. § 13-21-131 – violation of Due Process *Malicious Prosecution*. *Id.* at ¶¶ 92-101; violation of  42.U.S.C. § 1983 – Malicious Prosecution, and violation of Fourth Amendment Due Process. *Id.* at ¶¶ 102-108; Against both Defendants: C.R.S. § 13-21-131 – violation of Unlawful Seizure/Detention, Unlawful Search. *Id.* at ¶¶ 109-114; violation of 42 U.S.C. § 1983 – Unlawful Seizure/Detention, Unlawful Search*,* and violation of Fourth Amendment. *Id.* at ¶¶ 115-118.

## II.      COMPLIANCE WITH THE RULES

4.      All procedural requirements related to the removal of this action have been satisfied.

5.      Defendants, Officer Madison Zerfas and Sergeant Michael Kimbley waived service on January 9, 2025. *See* **Exhibit E** and **Exhibit F.**

6.      This Notice of Removal is filed within thirty (30) days of service of the Plaintiff's Complaint and Summons on Defendant and is timely under 28 U.S.C. §§ 1441 and 1446(b).

7.      A copy of this Notice of Removal will be filed with the State Action and served upon Plaintiff's counsel.

8. Pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCiv.R. 81.1(b), copies of the following process, pleadings, and orders that were served upon Defendants or filed in the State Action are attached as follows:

**Exhibit A** Complaint

**Exhibit B** Civil Cover Sheet

**Exhibit C** Summons for Officer Madison Zerfas

**Exhibit D** Summons for Sergeant Michael Kimbley

**Exhibit E** Waiver of Service for Madison Zerfas

**Exhibit F** Waiver of Service for Michael Kimbley

9. Pursuant to D.C.Colo.LCivR 81.1, Defendants state no hearings are pending, nor has any trial been set in the State Action.

10. Pursuant to Fed.R.Civ.P. 81(c), Defendants will present their defenses by pleading at the time prescribed herein, and specifically reserves their rights to assert all defenses, including those defenses under Fed.R.Civ.P. 12(b).

11. Defendants have complied with all of the requirements of 28 U.S.C. § 1446 and D.C.Colo.LCivR. 81.1.

### III. FEDERAL QUESTION

13. This case is removable pursuant to 28 U.S.C. § 1441(c)(1)(A) because Plaintiff's Complaint attempts a claim pursuant to 42 U.S.C. § 1983.

WHEREFORE, Defendants Officer Madison Zerfas and Sergeant Michael Kimbley, respectfully requests the action now pending in the Boulder County District Court, Case No.

3

2025CV30019, be removed therefrom to this Court and that all further proceedings be heard in this Court.

Respectfully submitted this 24th day of January 2025.

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

4

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on the 24th day of January 2025, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Court via CM/ECF and served on the below-listed party by email:

Sarah Schielke, Esq.
sarah@lifeandlibertylaw.com

*s/ Sarah Stefanick*